# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN C. BLOM, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:12-cv-00570-RCJ-WGC |
| FLOODSUCKERS, LLC et al., | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

Plaintiff has asked the Court to dismiss the Complaint with prejudice pursuant to Rule 41(a)(2).  Because no party has yet answered or moved for summary judgment, Plaintiff does not require leave to dismiss voluntarily. *See* Fed. R. Civ. P. 41(a)(1).  The dismissal was effective by operation of law the moment Plaintiff filed the notice.

## CONCLUSION

IT IS HEREBY ORDERED that the Clerk shall correct the docket entry at ECF No. 30 to reflect a "Notice of Voluntary Dismissal With Prejudice" not requiring judicial action, enter judgment, and close the case.

IT IS SO ORDERED.

Dated this 27th day of May, 2014.

_____
ROBERT C. JONES
United States District Judge